IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 5:98CR339-02 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| WILLIAM R. BAILEY, | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

The Defendant, represented by counsel, appeared before this Court on November 20, 2007 for a hearing on Supervised Release Violations.

The Defendant admits to violating conditions of supervised release, specifically, violations 2 and 3, as outlined in the violation report. The Government dismissed violation 1.

The Court finds the Defendant violated the conditions of supervised release and orders the Defendant remanded to the custody of the Bureau of Prisons for 4 months, no additional supervised release. The Court orders that the Defendant receive credit for time served in relation to this matter. The Court recommends FCC Coleman, Fla.

The Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

                                                s/Christopher A. Boyko
                                                Christopher A. Boyko
                                                United States District Judge

November 30, 2007